UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re: ) | |
| Mark S. Forge ) | CHAPTER 7 |
| Debtor ) | CASE NO. 10-42082-MSH |
| ) | |

**DEBTOR'S MOTION REQUESTING COURT REOPEN DEBTOR'S CHAPTER 7 CASE FOR THE LIMITED PURPOSE OF AMENDING SCHEDULE F**

Now comes Mark Forge (hereinafter "Debtor") by and through his attorney, James P. Ehrhard, and respectfully requests that this Honorable Court Reopen the Debtor's Chapter 7 Bankruptcy for the limited purpose of amending schedule F to include a pre-petition creditor pursuant to 11 U.S.C. §350(b).  As grounds therefore, the Debtor states as follows:

1. The Debtor filed a voluntary Chapter 7 petition for relief on April 27, 2010.
2. The Trustee appointed in this case was David Nickless, Esq.
3. The Debtor received a Chapter 7 discharge on December 14, 2010.
4. The case was closed on December 17, 2010.
5. The Debtor at the time of the filing of the petition was, according to Barbara Barrett, indebted to Ms. Barrett (hereinafter "Creditor") in the amount of $79,754.09.
6. The debt owed to the Creditor was not included in the bankruptcy filing due to inadvertence by the Debtor and was in no way due to fraud, recklessness, or intentional design on the part of the Debtor.

WHEREFORE, the Debtor respectfully requests that this Honorable Court Reopen her case in order that she may file an amended schedule F to include a pre-petition creditor.

Respectfully submitted,
Mark S. Forge
By his attorney,

/s/ James P. Ehrhard
James P. Ehrhard, Esq.
BBO # 651797
Ehrhard & Associates, P.C.
418 Main Street, 4th Floor
Worcester, MA 01608
(508)791-8411
ehrhard@ehrhardlaw.com

Dated: January 24, 2013

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| In re: | ) | |
| Mark S. Forge | ) | CHAPTER 7 |
| Debtor | ) | CASE NO. 10-42082-MSH |
|  | ) | |

## CERTIFICATE OF SERVICE

I, James P. Ehrhard, do hereby certify that upon receipt of the notice of electronic service, I will immediately serve a copy of the Motion to Reopen Case for the Limited Purpose of Amending Schedule F to include a pre-petition creditor to the parties listed below if not noted as having received electronic service:

Richard King, VIA ECF

David Nickless, VIA ECF

Barbara Barrett
c/o Wallick & Associates
51 Jefferson Boulevard
Warwick, RI 02888-1070


/s/ James P. Ehrhard_____
James P. Ehrhard, Esq.


Dated: January 24, 2013

Acorn Allocations, LLC
714 Main Street
Shrewsbury, MA 01545

Central One Federal Credit Union
714 Main Street
Shrewsbury, MA 01545

Agricredit Acceptance Corp.
P.O. Box 1813
Des Moines, IA 50306

Baldarelli Bros., Inc.
c/o Frank Maier, Esq.
500 Main Street, #580
Worcester, MA 01608

Capital One
P.O. Box 30281
Salt Lake City, UT 84130

Central One Federal Credit Uni
714 Main Street
Shrewsbury, MA 01545

Community Advocate
c/o Frank Maier, Esq.
500 Main Street, #580
Worcester, MA 01608

Discover Card
12 Reads Way
New Castle, DE 19720

First Premier Bank
900 Delaware
Suite 7
Sioux Falls, SD 57104

Hancock Service Bureau
131 Scudder Avenue
Northport, NY 11768


Internal Revenue Service
P.O. Box 9019
Holtsville, NY 11742


JC Madigan, Inc.
8 Shaker Road
Ayer, MA 01432


JCPenney
P.O. Box 981402
El Paso, TX 79998


Joseph R. Jenkins, Esq.
116 Flanders Road
Suite 1100
Westborough, MA 01581


LVNV Funding
P.O. Box 10584
Greenville, SC 29603


Massachusetts Depart of Revenu
P.O. Box 7010
Boston, MA 02204


Midland Credit Management
8875 Aero Drive
San Diego, CA 92123


Norman Joseph Perreault, Jr.
c/o Frank Maier, Esq.
500 Main Street, #580
Worcester, MA 01608

Powell Stone & Gravel Co.
c/o Bonville & Howard
154 Prichard Street
Fitchburg, MA 01420


Santander Consumer USA
8585 N Stemmons FWY
Ste 1100
Dallas, TX 75247


Sovereign Bank
P.O. Box 12646
Reading, PA 19612


WCI
P.O. Box 97029
Redmond, WA 98073